IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL NO. 1:18-cr-00305-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    HENRY BETETA,

        Defendant.

---

### INFORMATION
Health Care Fraud
(18 U.S.C. 1347)
Aiding and Abetting
(18 U.S.C. 2)

---

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
Health Care Fraud-Medicare
(18 U.S.C. 1347 and 2)

In or about October and November 2015, in the District of Colorado and elsewhere,

**1. HENRY BETETA**

did knowingly and willfully execute and attempt to execute, a scheme and artifice:

    (a)    to defraud a health care benefit program; namely, the Medicare program; and

    (b)    to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program; namely, the Medicare program;

in connection with the delivery of or payment for health care benefits, items and services in relation to a business known as The Shoe Fitters.

All in violation of Title 18, United States Code, Sections 1347 and 2.

## COUNT TWO
### Health Care Fraud-Colorado Medicaid Program
### (18 U.S.C. 1347 and 2)

In or about October and November 2015, in the District of Colorado and elsewhere,

**1. HENRY BETETA,**

did knowingly and willfully execute and attempt to execute, a scheme and artifice:

    (a)    to defraud a health care benefit program; namely, the Colorado Medicaid program; and

    (b)    to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program; namely, the Colorado Medicaid program;

in connection with the delivery of or payment for health care benefits, items and services in relation to a business known as The Shoe Fitters.

All in violation of Title 18, United States Code, Sections 1347 and 2.

ROBERT C. TROYER
United States Attorney

By:    *s/ Jaime Peña*
Jaime Peña
Assistant United States Attorney
United States Attorney's Office
1801 California, Ste. 1600
Denver, CO 80202
(303) 454-0198
E-mail: jaime.pena@usdoj.gov

By:    *s/ Richard Ferro*
Richard Ferro
Special Assistant United States Attorney
Senior Assistant Attorney General
Colorado Attorney General's Office
(720) 508-6696
E-mail: richard.ferro@coag.gov

June 25, 2018