DEFENDANT:   1. **HENRY BETETA**

YOB:   1958

ADDRESS:   Denver, Colorado

COMPLAINT FILED? ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES   __X__ NO

OFFENSE(S):   **COUNT 1:**  18 U.S.C. §§ 1347 and 2-Healthcare Fraud
              **COUNT 2:**  18 U.S.C. §§ 1347 and 2-Healthcare Fraud

LOCATION OF OFFENSE (**COUNTY**/STATE):   State and District of Colorado

PENALTY:   **COUNTS 1 and 2:**  18 U.S.C. §§ 1347 and 2 – Healthcare Fraud: NMT 10 years imprisonment; NMT $250,000 fine, or both; up to 3 years supervised release; $100 Special assessment fee.

AGENT:   Ashley Schroer, Special Agent
           Federal Bureau of Investigations (FBI)

AUTHORIZED BY:   Jaime Peña
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   ____ over five days   ____ other

THE GOVERNMENT

____ will seek detention in this case   __X__ **will not** seek detention in this case

The statutory presumption of detention **is** applicable to this defendant. **(Circle one)**

OCDETF CASE:   ____ Yes   __X__ No