AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>HENRY BETETA<br>*Defendant* | )<br>)  Case No. 1:18-cr-00305-RBJ<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/25/18

*Defendant's signature*

*Signature of defendant's attorney*

Shira Kievel
*Printed name of defendant's attorney*

*Judge's signature*

Michael E. Hegarty, U.S. Magistrate Judge
*Judge's printed name and title*