IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL CASE NO. 1:18-cr-00305-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     HENRY BETETA,

    Defendant.

---

### GOVERNMENT'S UNOPPOSED MOTION TO DISCLOSE GRAND JURY MATERIAL AND OTHERWISE PRIVATE HEALTH INFORMATION TO DEFENDANT

---

COMES NOW the United States of America, by and through Robert C. Troyer, United States Attorney for the District of Colorado, and Jaime A. Peña, Assistant United States Attorney, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) and 16(d)(1), for an order authorizing the government to disclose grand jury transcripts, grand jury materials, and discovery (including an unredacted Discovery) that includes personal health information pursuant to the Health Insurance Portability and Accountability Act of 1996 and implementing regulations at 45 C.F.R. Parts 160 and 164 (collectively, "HIPAA"), to the Defendant and his attorney, as part of discovery in this case, on the terms and conditions outlined in the proposed protective order.

AS GROUNDS for this motion, Plaintiff states as follows:

1.     Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury." Further, the Health Insurance Portability and Accountability

Act of 1996 and implementing regulations at 45 C.F.R. Parts 160 and 164 (collectively, "HIPAA") prohibits the distribution of protected health information.

2. Plaintiff wishes to provide discovery to the Defendant, including grand jury transcripts that contain potential *Jencks* Act material of potential witnesses, and materials that indicate personal identification of patients and protected health information, pursuant to HIPPA. Title 18 U.S.C. Section 3500, the *Jencks Act*, permits the government to withhold statements by government witnesses until the time of trial.

3. Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding." Further, the Court is authorized to enter a protective order regarding the discovery obligations of the parties pursuant to Fed. R. Crim. P. 16(d)(1).

4. The pending case against the defendant is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding. Also, much of the discovery material includes personal identification information including patient names, dates of birth, social security numbers and medical information. Plaintiff wishes to provide this discovery, but can only do so with the Court's approval.

5. Since these proceedings (and the related transcripts) remain secret, *see* Fed. R. Crim. P. 6(e), the government moves that disclosure only be allowed for purposes of defending this case, and that such disclosure only be made to the defendant and his attorney; that such transcripts be maintained in the defense attorney's custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case. The government also seeks a protective order subject to the conditions outlined in the proposed protective order herein to ensure proper use of otherwise confidential patient information.

6. The undersigned attorney, Jaime Peña represents that this matter will be addressed at the earliest practicable hearing.

7. Undersigned counsel has consulted with the defendant's attorney, Shira Kievel, and she has no objection to this motion.

WHEREFORE, Plaintiff prays that the Court authorize the disclosure of grand jury testimony and documents related to grand jury production and other discovery to the Defendant or his attorney, in the course of providing discovery in this case, on the terms and conditions outlined above, and more specifically stated in the proposed protective order.

Respectfully submitted this 25 day of June, 2018.

ROBERT C. TROYER
United States Attorney


By: s/Jaime A. Peña
JAIME A. PENA
Assistant U.S. Attorney
1801 California, Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Facsimile: 303-454-0402
Email: Jaime.Pena2@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this  25th day of June, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL AND OTHERWISE PRIVATE HEALTH INFORMATION TO DEFENDANT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addressed:


and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

s/Monica Houston
Legal Assistant
United States Attorney's Office