IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00305-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HENRY BETETA,

        Defendant.

_____

## NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

                                       Respectfully submitted,

                                       VIRGINIA L. GRADY
                                       Federal Public Defender

                                       s/Shira Kieval
                                       SHIRA KIEVAL
                                       Assistant Federal Public Defender
                                       633 17th Street, Suite 1000
                                       Denver, CO  80202
                                       Telephone:  (303) 294-7002
                                       FAX:  (303) 294-1192
                                       shira.kieval@fd.org
                                       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jaime Pena, AUSA
Email: jaime.pena2@usdoj.gov

Richard Ferro, Colorado Atty. Gen'l Office
Email: richard.ferro@coag.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Henry Beteta            (via Mail)
The shoe Fitters
910 16th Street, Suite 630
Denver, CO  80202

                              s/Shira Kieval
                              SHIRA KIEVAL
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              shira.kieval@fd.org
                              Attorney for Defendant