IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00305-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HENRY BETETA,

        Defendant.

_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

      Henry Beteta, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. Mr. Beteta requests that the Status Conference currently set for Monday, August 6, 2018, at 1:30 p.m., be converted to a Change of Plea Hearing.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/Shira Kieval
      SHIRA KIEVAL
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      shira.kieval@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jaime Pena, AUSA
    Email: jaime.pena2@usdoj.gov

    Richard Ferro, Colorado Atty. Gen'l Office
    Email: richard.ferro@coag.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Henry Beteta      (via Mail)

                              s/Shira Kieval
                              SHIRA KIEVAL
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              shira.kieval@fd.org
                              Attorney for Defendant