IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:18-cr-00305-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HENRY BETETA,

    Defendant.

---

## MOTION TO WITHDRAW

---

NOW COMES the United States of America, by and through the undersigned Special Assistant United States Attorney, and hereby files its Motion to Withdraw as counsel of record in the above-captioned case requesting that **SAUSA Richard H. Ferro** be withdrawn as an attorney of record representing the United States in this matter.   Assistant United States Attorney Jaime A. Pena has been assigned as lead counsel in this case.

Dated this 27th day of August, 2018.

                                              Respectfully submitted,

                                              ROBERT C. TROYER
                                              United States Attorney

                                              BY: s/Richard H. Ferro
                                              Special Assistant United States Attorney
                                              United States Attorney's Office
                                              1801 California Street, Suite 1600
                                              Denver, Colorado 80202
                                              Phone: (303) 454-0100 FAX: (303) 454-0401
                                              Attorney for Government

## CERTIFICATE OF SERVICE

      I certify that on this 27th day of August, 2018 I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                      s/ Diana Brown
                                                      Legal Assistant
                                                      Assistant United States Attorney