IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   1:18-cr-00305-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HENRY BETETA,

      Defendant.

_____

**OBJECTION TO PRESENTENCE REPORT**
_____

Defendant Henry Beteta, by and through the Office of the Federal Public Defender and undersigned Assistant Federal Public Defender Shira Kieval, hereby makes the following clarifications and updates regarding the presentence report in this case.

**1.**      **Paragraph 89 –**

      a.      *Regarding Mr. Beteta's assets:*

The value of the Hummer is incorrectly listed as $1,100 (as Probation has surmised, *see* footnote 3). Given its actual condition, Mr. Beteta believes that the value of the 2007 Hummer H2 is between $9,500 and $11,000. However, Mr. Beteta owes a little less than $10,000 on the vehicle. (The balance is listed as $9,979 in paragraph 2012.) Because the debt is accounted for in the liabilities section, the value in the assets section should be amended to reflect the true value.

Four of the last six categories of assets ("Rental Property," "Rental Property," "Business – Street Delicias," and "Rental Property") appear as though they are listed the values of the real estate or business. But Mr. Beteta does not own the real property, and he estimates the value of the businesses themselves to be $0. The numbers provided actually reflect the estimated value of the physical assets – such as furniture – at the locations or used in connection with the taco stand.

    b.    *Regarding Mr. Beteta's liabilities:*

The liabilities section lists $30,000 owing on the Prevost RV, as well as $100,000 owing on a personal loan from the Myrtle Ann Morris Trust, for a total of $130,000. In fact, the Prevost RV is being used to secure part of the $100,000 personal loan listed on the next page. Mr. Beteta does not owe any additional money for the RV to any other lender.

Additionally, this paragraph lists a $120,000 loan to Mr. Beteta. That loan is now fully satisfied, per a settlement agreement and the payment of $25,000 from the sale of the cabin in Evergreen that was used as collateral for that loan. This liability no longer exists, and documentation will be provided to the Probation Department.

    c.    *Regarding Mr. Beteta's monthly income and expenses:*

Mr. Beteta pays a lease on the property located at 4068 S Broadway, and then he re-leases the property with the owner's permission. The monthly income from the sublease is correctly listed as $2,245. However, the monthly expense from the lease is missing on the next page and should be listed as $852. (Alternatively, the monthly income could be listed as $1,413.)

**2.     Paragraph 91:**

This paragraph confuses two properties with each other. Mr. Beteta rents and subleases a property at 4068 S. Broadway, not the property on 16th Street (which he simply rents). He pays $852 per month, not $952 (although $952 is the correct rent he pays on the 16th Street office). Additionally, the least for the Wheatridge property expires on October 2018, not September 2019.

**3.     Paragraph 93**:

To clarify, as explained above, the $30,000 that Mr. Beteta owes on the Prevost RV is to the Myrtle Ann Morris Trust. He does not have a separate balance owing to anyone else. Additionally, an update: he has now paid the $25,000 to the Morris Trust, per the terms of the settlement agreement, and therefore the $120,000 loan is fully forgiven. Documentation is being provided to U.S. Probation.

**4.     Paragraph 94**:

To clarify, the total monthly payment on these loans is $800. First, there is a $500 monthly payment for the $50,000 loan, which is backed by the three vehicles listed here. Second, there is a $300 monthly payment for the $30,000 loan, which is backed by the Cripple Creek Property.

**5.     Paragraph 100:**

By way of clarification and update – Mr. Beteta sold the cabin for $55,000. The first mortgage was taken out before closing, and so he received $32,882.42 at closing. Of that, he owed $25,000 to the Morris Trust, in order to satisfy the $120,000 loan from the Morris Trust. He has now paid that amount and the loan is fully forgiven. There is no additional party owed any money relating to this transaction.

**6.     Paragraph 102:**

Regarding the Celtic Bank business loan: Mr. Beteta did not open this account in April 2017. Rather, he already had the account for 2 or 3 years. He paid as owed until approximately

November 2017. He speculates that the account is listed as opening on this date because it was transferred from another institution to Celtic Bank, possibly at that time.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender

                    s/Shira Kieval
                    SHIRA KIEVAL
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone:  (303) 294-7002
                    FAX:  (303) 294-1192
                    shira.kieval@fd.org
                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 11, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jaime Pena, AUSA
    Email: jaime.pena2@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Henry Beteta               (via Mail)

    Nicole Peterson, USPO     (via Email)

                                        s/Shira Kieval
                                        SHIRA KIEVAL
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        shira.kieval@fd.org
                                        Attorney for Defendant