IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL CASE NO.    1:18-cr-00305-RBJ

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.

1.      HENRY BETETA,

        **Defendant.**

_____

### GOVERNMENT'S SENTENCING STATEMENT
_____

      The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Jaime A. Pena, Assistant United States Attorney, submits its Sentencing Statement, as follows:

**1. THE CHARGES:** On August 6, 2018, the defendant pleaded guilty to two counts of Healthcare Fraud and Aiding and Abetting same (18 USC §§ 1347 and 2) which was charged by Information (Doc. #1).

**2. THE PENALTY RANGES:** The maximum statutory penalty for the violations of Counts One and Two, Title 18 U.S.C. § 1347 (Health Care Fraud), is a term of imprisonment of not more than 10 years imprisonment, not more than $250,000 fine, or both; 3 years supervised release; and a $100 special assessment fee, on each count.

**3. THE PLEA OF GUILTY:** On August 6, 2018 Henry Beteta pled guilty to Counts 1 and 2 of the Information before the Honorable R. Brooke Jackson, United States District Court Judge for

the District of Colorado.

**4. THE FACTS ADDUCED AT PLEA OF GUILTY (in the plea agreement):** In October and November 2015, Henry Beteta through his employees, agents, and utilizing his business, "The Shoe Fitters," executed a scheme to defraud when he submitted and caused to be submitted to Medicare and Medicaid billing for lower leg braces and other orthopedic durable equipment for patients that never received those items. The braces constituted a health care item or service, that Medicare and Medicaid paid for in reliance upon the accuracy of the bills received from Beteta or at his direction. Both Medicare and Medicaid are healthcare benefit programs within the meaning of 18 USC, Section 1347. Beteta knew that when he submitted the billings for the following individuals, that the billings were false and sought payment for services and items he never provided. Subsequent to receiving the bills, Medicare and Medicaid paid for the items and services reflected in the billings for patients/beneficiaries (identified by initials), as follows:

**Medicaid**

October 12, 2015, Patient/ Recipient / Beneficiary: **S.O.**, $1,933.70, Item: Custom fabricated orthoses (lower leg brace);

October 16, 2015, Patient / Recipient / Beneficiary: **G.C.**, $1,866.46, Item: Custom fabricated orthoses (lower leg brace);

October 26, 2015, Patient / Recipient / Beneficiary: **L.M.**, $1,933.70, Item: Custom fabricated orthoses (lower leg brace).

**Medicare**

November 12, 2015 Patient / beneficiary: **C.S.**, $3,220.50, Item(s): Orthopedic shoes and lower leg brace.

*The Evidence*:

This matter has been under investigation by FBI, HHS-OIG, and MFCU since April 8, 2014. The federal investigation began after a referral was received by FBI Headquarters from

Health Integrity regarding a complaint that a beneficiary had not received the braces and orthotics that were billed to Medicare in addition to the diabetic shoes which were received but did not fit.

Colorado Secretary of State records indicate The Shoe Fitters was formed on March 1, 1995. The Shoe Fitters is a footwear, orthotic and prosthetic service center solely owned and operated by Henry Beteta at 910 16th Street, Suite 630, Denver, Colorado 80202.

The United States Department of Health and Human Services, through the Centers for Medicare and Medicaid Services (CMS), administers the Medicare Program, which is a federally-funded medical benefits program to provide health care services generally to the elderly and disabled. Provider participation in the Medicare program is voluntary. A participating provider is a person, organization, or institution with a valid participating physician or supplier agreement. HHS-OIG is charged with investigating fraud against Medicare.   To participate in the Medicare program, a supplier of Durable Medical Equipment (DME) must be authorized by the National Supplier Clearinghouse (NSC). NSC contracts with CMS to perform the enrollment activities for the DME suppliers and to communicate eligibility status of the suppliers with each DME Medicare Administrative Contractor (MAC). This allows the DME MAC to process claims for eligible suppliers and reject claims from the ineligible suppliers.

When a provider submits a claim to Medicare, it includes, among other things, information such as the beneficiary's name, address, and date of birth, Medicare's personal identification number, date and type of service provided, place of service, procedure code, diagnosis code, amount billed, and other relevant medical information. On the reverse side of the CMS 1500, there are notices and information to the provider:

> "Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.
>
> Anyone who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws."

Claims are reviewed, processed and, if approved, paid to providers via mail or electronically to their bank account. To receive Medicare reimbursement, providers of services to Medicare beneficiaries must make appropriate application to the NSC and execute a written Provider Agreement. The Provider Agreement obligates the provider to know, understand, and follow all Medicare regulations and rules. In the Medicare provider enrollment application, under section #15 Certification Statement, items #7 and #8 state:

> "I understand that the Medicare billing number (such as the National Provider Identifier (NPI) number) issued to me can only be used by me or by a provider or supplier to whom I have reassigned my benefits under current Medicare regulations, when billing for services rendered by me. I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare, and will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity."

In presenting claims to Medicare, Medicaid, and other third party payors, providers use numeric "codes" taken from a manual of Physicians Current Procedural Terminology, known as "CPT codes," to describe the service they provided. CPT codes are products of the American Medical Association (AMA) and its body of physicians of every specialty, who determine appropriate definitions for the codes. By submitting claims using these CPT codes, providers represent to Medicare, Medicaid, and other insurances that the services depicted in

the codes were, in fact, performed and/or provided. Reimbursement rates for the CPT codes are set through a "fee schedule" created by Medicare. The fee schedule outlines the maximum amount the government and/or the insurance company allows the provider to collect for a given service.

All Medicare and/or Medicaid providers are issued or have access via the Internet to provider manuals and updates (provider bulletins) which explain how to bill the Medicare and Medicaid programs, as well as explaining other information pertinent to acting as a Medicare and/or Medicaid provider.

According to Medicare and Medicaid records, Beteta and The Shoe Fitters are Medicare and Medicaid providers that regularly bill Medicare and Medicaid for services and durable medical equipment.

Medicaid is a jointly-funded federal and state program to provide health care services to the categorically needy. The Colorado Department of Health Care Policy and Financing (HCPF) is the single state agency that administers and monitors the Medicaid program in Colorado. HCPF is assisted by its contract fiscal intermediary, Xerox, 518 17th Street, Suite 400, City and County of Denver, Colorado 80202.

Provider participation in the Medicaid program is voluntary. A participating provider is a person, organization, or institution with a valid participation agreement. The provider signs a Provider Participation Agreement which states:

> "Provider, and person signing the claim or submitting electronic claims on provider's behalf, understand that failure to comply with any of the above in a true and accurate manner will result in any available administrative or criminal action available to the Department, the State Attorney General's Medicaid Fraud Control Unit, or other government agencies. The knowing submission of false claims or causing another to submit false claims may subject

> the persons responsible to criminal charges, civil penalties, and/or forfeitures."

The provider submits either a hard copy claim (Health Insurance Claim Form, HCFA 1500) or electronically submits claims to the Medicaid program's fiscal intermediary. When a provider submits a claim to Medicaid, it includes information such as the beneficiary's name, address, and date of birth, Medicaid identification number, date and type of service provided, place of service, procedure code, diagnosis code, amount billed, and a unique numerical revenue code that represents a specific service rendered to or for the recipient. Providers are required to maintain legible records necessary to disclose the nature and extent of goods and services provided to Medicaid recipients for a minimum of six years.

Upon receipt of Medicaid claims, the fiscal agent (Xerox) processes the claims and advises the department of the amount to be paid to the provider. The department then prepares and pays the claim, either in the form of a state warrant mailed to the provider or representative, or by electronic funds transmission to the bank account of the provider or representative, in the reimbursement amount determined by the fiscal agent pursuant to department rules and guidelines.

The Medicaid Provider Participation Agreement was signed by a representative for Beteta on June 17, 2015. The section titled "Payment Reporting and Publication Email Preferences/Publication Email Notification Preference" reads:

> "The Colorado Medical Assistance Program communicates important notices (including time-sensitive information), updates, billing instructions and bulletin links via email as soon as the information is available. Providers are responsible for ensuring that the fiscal agent has their current email address on file. The Colorado Medical Assistance Program is not responsible for

>undeliverable notifications due to incorrect email addresses. All publications are available in the Provider Services section of the Department's website at Colorado.gov/hcpf."

The email address listed is henryb303@aol.com. The website for The Shoe Fitters (www.theshoefitters.com) lists the business address as 910 16th Street, Suite 630, Denver, Colorado 80202, a contact email as henryb303@aol.com, and a telephone number as 303-423-6712.

On October 27, 2016, in an undercover capacity, FBI SA Schroer represented she had a mother who might need Beteta's services. SA Schroer called the above telephone number and spoke to a man that identified himself as Henry and the owner of The Shoe Fitters. Henry stated The Shoe Fitters has been in business for sixty years, forty or more of which have been in Denver. Henry is fifty-eight years old and The Shoe Fitters is all he has ever done. Henry stated that The Shoe Fitters has three offices at which patients can be seen, one of which is located at 910 16th Street, Suite 630, near the intersection of 16th Street and Champa Street in downtown Denver. Henry made two attempts to obtain SA Schroer's mother's Medicare information during the telephone call in order to input the information and start processing Medicare paperwork ahead of the scheduled appointment. SA Schroer did not provide the information but instead secured an appointment on November 10, 2016, at The Shoe Fitters. Henry cautioned that it would take longer to get the shoes if the Medicare information was provided the day of the initial appointment rather than ahead of time.

On November 1, 2016, in an undercover capacity regarding follow-up question SA Schroer's mother had concerning identity theft and the nature in which her Medicare information would be recorded and stored if provided over the telephone ahead of the scheduled appointment, SA Schroer called the above telephone number and spoke to Henry

who advised that The Shoe Fitters maintains patient files on the computer and in hard copy as required by Medicare and that identity theft would not be an issue.

In order to substantiate and corroborate information previously received that Beteta and The Shoe Fitters were billing Medicare and Medicaid for services and devices not provided, or otherwise fraudulently billing Medicare and Medicaid, an examination of databases maintained by Medicare and Medicaid identified a sample of eighteen beneficiaries of services billed by Beteta and The Shoe Fitters. Those beneficiaries were then interviewed by law enforcement. Many of the beneficiaries indicated they never received the items or services billed by Beteta or The Shoe Fitters.

According to Medicare and Medicaid records, Beteta and The Shoe Fitters billed Medicare and Medicaid via electronic billing submissions using the Internet. Around October and November 2015, the Medicare and Medicaid programs paid for items and services not provided by Beteta or The Shoe Fitters, as described above.

In November 2016, law enforcement executed a search warrant at The Shoe Fitters place of business. Among other things, the search yielded patient files associated with alleged beneficiaries, many of whom did not receive the items or services which were billed to the Medicare and Medicaid programs. Additionally, the normal biller/assistant who conducted the billing practices was interviewed: she stated that Beteta was responsible for the amounts billed, and approved all bills submitted to Medicare and Medicaid. Beteta was interviewed, and he accepted responsibility for the billing practices at The Shoe Fitters.

As part of the scheme to defraud Medicare and Colorado Medicaid, Henry Beteta while doing business as The Shoe Fitters, saw the patients/beneficiaries but knowingly billed for services and items not provided, or billed for services based upon the false assertion the

patients/beneficiaries were seen at his office. These false representations were material in that they resulted in the payment of billings by Medicare and Colorado Medicaid for items and services never provided.

**5. THE VICTIMS AND RESTITUTION:** Restitution is mandatory and stipulated by the parties in the Plea Agreement. 18 U.S.C. § 3663(a)(3); see also, USSG § 5E1.1. This Court has full discretion whether to impose an order of restitution, taking into consideration: (1) the victims' losses as a result of the offense, (2) the defendant's financial resources, and (3) any other factors the Court deems appropriate. 18 U.S.C. §§ 3556, 3663(a)(3), 3664, and U.S.S.G. § 5E1.1.

**6. SENTENCING COMPUTATION:** The Government agrees with the calculations of the plea agreement, consistent with the advisory United States Sentencing Guidelines (USSG) and the calculations of the United States Probation Office, which are reflected in the PSIR. The Government believes the appropriate sentence, given the circumstances of the case, should be 5 years of probation; and to the extent necessary to accomplish that sentence, herein moves for a variance, if needed.

**7.   RECOMMENDATION:** Consistent with the sentencing factors described in 18 U.S.C. § 3553(a), the Government makes the following analysis and recommendation. Additionally, pursuant to 18 U.S.C. § 3561(c)(2), the Court may sentence this defendant to a term of up to 5 years of probation, and may impose conditions it deems appropriate after applying the factors in 18 U.S.C. § 3553(a):

> a.   **Reflects the Seriousness of the Offense, Promotes Respect for the Law and Provides a Just Punishment for the Offense.**
>
> An extensive protracted probationary sentence of five years addresses these issues. Without a doubt, any offense that involves the fraudulent obtaining of government program funds, intended to benefit the disabled, poor and elderly,

merits a felony resolution and the close scrutiny and supervision by the Court and the United States Probation office. The prosecution itself, especially coupled with a significant probationary sentence, promotes respect for the law.

b. **Affords Adequate Deterrence to Criminal Conduct.** The Government's recommended sentence will deter others and encourage honest billing of both the Medicare and Colorado Medicaid programs. A sentence to an extensive period of Court supervision will only amplify the message of deterrence to others who might be tempted to defraud these federal and state programs. The sentence recommended by the Government addresses this issue.

c. **Protects the Public from Further Crimes of the Defendant.** Mr. Beteta is sensitive to his wrongful conduct. Mr. Beteta attempted to contact the undersigned AUSA early in the investigation, presumably in an attempt to confess his wrongdoings. Although Mr. Beteta was advised to have his counsel contact the AUSA out of ethical concerns, there is little doubt he was willing at that moment to address his conduct. The government believes the defendant is remorseful and will not engage in any criminal conduct in the future. Court supervision will ensure the public is protected from any further conduct that may constitute a crime.

d. **Provides the Defendant with the Needed Educational or Vocational Training, Medical Care, or Other Correctional Treatment in the Most Effective Manner.** The Government believes the defendant is intelligent and reasonably well educated. This factor should not weigh heavy in the Court's determination.

e. **Need to Avoid Unwarranted Sentencing Disparity among Defendants with Similar Records Guilty of Similar Conduct.** The Government believes the applicable Guidelines range does exactly that–it avoids disparate sentencing between defendants engaged in similar conduct with similar criminal histories.

f. **The Need to Provide Restitution to Victims.** In this case, restitution is mandatory and is addressed above. The amounts of restitution are addressed in the PSIR and are a result of stipulations in the Plea Agreement.

The Government recommends a sentence of **60 months' probation**, a $200.00 special assessment ($100.00 on each count of conviction), and restitution consistent with the PSIR and the stipulation of the parties.

WHEREFORE, the government requests a sentence by this Honorable Court in the manner set out above.

Respectfully submitted,

        JASON R. DUNN
        United States Attorney

        By: *s/Jaime A. Peña*
        JAIME A. PEÑA
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        Fax: 303-455-0409
        Jaime.Pena@usdoj.gov
        Attorney for the Government

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 26th day of October, 2018, I electronically filed the foregoing **GOVERNMENT'S SENTENCING STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

               *s/ Monica Houston*
               United States Attorney's Office
               Legal Assistant to AUSA Jaime Pena
               United States Attorney's Office
               1801 California Street, Suite 1600
               Denver, CO 80202
               Telephone: 303-454-0100