IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 18-cr-00305-RBJ | Date: November 1, 2018 |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter: | N/A | Probation:  Nicole Peterson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br>v.<br><br>1. HENRY BETETA,<br>**Defendant.** | *Jaime A. Pena*<br><br><br><br><br>*Shira D. Kieval* |

### COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:30 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Objections addressed.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant shall serve a term of **Probation for 5 years** as to Counts One and Two of the Information**,** to run concurrent.

**ORDERED:** **Standard/Mandatory/Discretionary Conditions** of Probation, as stated on the record, including a **$100.00** Special Assessment fee per count, to be paid immediately and restitution in the amounts of $3220.50 and $5733.86.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant's bond is released.

**Court in recess:** 8:37 a.m.            Hearing concluded.            Total time:      00:07