18-CR-305-RBJ-1

UNITED STATES POSTAL SERVICE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 18 2020
JEFFREY P. COLWELL
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box •

United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294
Attn: Andrea

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received (Printed Name) _[N. Rios]_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number (Transfer from service label): 7014 3490 0001 5489 0696

PS Form 3811, July 2013 Domestic Return Receipt