# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 18-cr-00305-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY BETETA,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 14th day of December, 2020.

    JASON R. DUNN
    United States Attorney


    By: *s/ Martha A. Paluch*
    MARTHA A. PALUCH
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: Martha.paluch@usdoj.gov
    Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I certify that on this 14th day of December, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


By: *s/Stephanie Price*
     Legal Assistant
     United States Attorney's Office