**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 09 2023**

**JEFFREY P. COLWELL**
**CLERK**

**UNITED STATED DISTRICT COURT**
**DISTRICT OF COLORADO**

**UNITED STATES OF AMERICA**

    Plaintiff,

1:18-CR-00305-BL W

v.

Khaldoun Hejazi

    Defendant.

---

### DEFENDANT'S PRO SE MOTION FOR EARLY TERMINATION OF PROBATION

Pro se Defendant, Khaldoun Hejazi. Respectfully moves this court for early termination of supervised probation and in support thereof states the following:

(1) Defendant was sentenced in the district of Idaho on March 5, 2020, to thirty (30) months confinement and three years (3) probation. Defendant commenced probation period on November 3, 2020.

(2) Transfer of jurisdiction from District of Idaho to District of Colorado was initiated on July 22, 2021 and was finalized and accepted by the District of Colorado on July 26, 2021.

(3) Defendant has successfully fulfilled requirements of probation without incident and paid fine in full. Defendant has discussed early termination with assigned probation officer, Jason Cohen. Mr. Cohen was made aware of this motion prior to its filing with the honorable court.

**(4)** Defendant made family financial arrangements to fulfill the fine requirements of probation and wishes to service his obligation to those arrangements at the earliest opportunity. Under the circumstances, employment opportunities within the USA have been and continue to be limited to those beyond the physical and health capacities of the defendant. Opportunities commensurate with the defendant's educational and experiential capacities are internationally available; however, limited due to the travel parameters promulgated by stipulations of probation. Although defendant was permitted to travel internationally and has returned to the USA as stipulated by probation officer, international travel is limited to 30 days at a time. Despite defendant's multinational citizenship status, which facilitate international employment despite record in the USA, probation limitations present formidable challenges to employment overseas and satisfaction of obligation to reimburse family for fine payment arrangements.

WHEREFORE, the defendant moves this court to grant early termination of the three-year probation, having served more than two-thirds of the term of probation after release from incarceration.

Dated: January 6, 2023

                                                  Respectfully Submitted

                                                  Khaldoun Hejazi, Defendant, Pro Se
                                                  616 ½ Glacier Drive
                                                  Grand Junction, CO 81507

## CERTIFICATE OF SERVICE

I, Khaldoun Hejazi, hereby certify and affirm that a true and correct copy of this Motion for Early Termination of Probation has been served on the following via regular U.S. Mail on January 6, 2023.

Honorable Christine M. Arguello
U.S. District Court
District of Colorado
901 19th Street, Chambers: A638
Denver, CO 80294

Francis J. Zabari
Assistant U.S. Attorney
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, ID 83712-7788

✓ U.S. District Court
Clerk of the Court
District of Colorado
901 19th Street
Denver, CO 80294

Mr. Jason Cohen
U.S. District Court Probation Officer
District of Colorado
400 Rood Avenue, Room 309
Grand Junction, Colorado 81501

_____
**Khaldoun Hejazi**





CPU

U.S. POSTAGE
$4.30
FCMP    RDC 06
Orig: 81507
Dest: 80294
01/06/23
2000287614

U.S. District Court
Clerk of the Court
District of Colorado
901 19th Street
Denver, CO 80294

USPS TRACKING®#
9500 1270 2906 3006 0862 39

M. Khaldoun Hejazi
616 1/2 Glacier Dr.
Grand Junction, CO 81507